Redevelopment Authority of Philadelphia *v.* Calesnick, et ux., Appellants.

Argued March 22, 1976. *Milton A. Calesnick, in propria persona*, for appellants; *David S. Winston*, with him *Peter A. Galante*, for appellee.

Order affirmed; petition for reargument refused June 1, 1976.

Rhines, Appellant, *v.* Herzel, et al.

Rhines, Appellant, *v.* Salva, et al.

Argued March 8, 1976. *Richard C. Angino*, with him *Hurwitz, Klein, Benjamin & Angino*, for appellant; *Christian S. Erb, Jr.*, with him *Metzger, Wickersham, Knauss & Erb*, for appellees.

Order in appeal at No. 149, March T., 1976, is affirmed.